**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ANTWAIN DAVIS,**

**Plaintiff,**

**- against -**

**PROJECT RENEWAL,**

**Defendant.**

**26-cv-3565 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **August 31, 2026**.

**SO ORDERED.**

**Dated: New York, New York**
**August 17, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**